# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Kelly Kundmueller<br><br>Plaintiff(s),<br><br>vs.<br><br>Pentagon Federal Credit Union<br><br>Defendant(s). | JUDGMENT IN CASE<br><br>5:20-cv-00056-KDB-DSC |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 14, 2021 Order.

October 14, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court